First National Trust and Savings Bank of San Diego, California, as Administrator, etc., of Frank Crozier, Deceased, Respondent, v. United States Steel Corporation and Others, Respondents, Impleaded with Others, Defendants, and Maclay Hoyne, Appellant.— Orders affirmed, with twenty dollars costs and disbursements to the defendants, respondents. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Stanley D. Winderman, Appellant, v. Harry Neiman and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The Bonnie-B Co., Inc., Respondent, v. I. Beck, Inc., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Wm. Baumgarten & Co., Inc., Appellant, v. Morris Markin and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements to respondents Morris Markin and Manhattan Square Beresford, Inc. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Finch, P. J., and Sherman, J., dissent and vote to reinstate lien unless bond in solvent surety company is furnished.

Toby O'Mara, Plaintiff, v. 1619 Broadway, Inc., Respondent, and Martin Conroy & Sons, Inc., Appellant.— Order affirmed, with twenty dollars costs and disbursements to the respondent against the appellant. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of May J. Van Gelderen, as Administratrix, etc., of Louis Van Gelderen, Deceased, Respondent, against Samuel Ehrman Co., Incorporated, and Others, Appellants.— Order modified by excluding such work sheets as are not in the possession of the corporation, and as so modified affirmed, with costs to the respondent. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Mollie Paul Shapiro, Respondent, v. Union Railway Company of The City of New York, Defendant, Impleaded with The City of New York, Appellant.— Judgment so far as appealed from and the order are affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Oscar A. Brown, Respondent, v. The United States Daily Publishing Corporation, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [146 Misc. 539.]

Anita M. Rudich, Appellant, v. Samuel H. Cranston, Respondent, Impleaded with Others.— Order modified to the extent of granting a temporary injunction and as so modified affirmed. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.